

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2019

No. 04-19-00281-CV

Dianne **SCHRAB**,
Appellant

v.

Andrew **ROSSI**,
Appellee

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-17-154
Honorable Baldemar Garza, Judge Presiding

**ORDER**

The petition for permissive appeal is DENIED. This appeal is DISMISSED. Appellee is awarded costs he incurred related to this appeal.

It is so **ORDERED** on May 22, 2019.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2019.

Keith E. Hottle, Clerk of Court